33030. PALMER v. STATE BOARD OF EDUCATION.

PER CURIAM.

On further consideration of the record in the present case, this court holds that the application for writ of certiorari was improvidently granted, and accordingly this case is dismissed.

*Dismissed. All the Justices concur.*

ARGUED JANUARY 9, 1978 — DECIDED JANUARY 24, 1978.

*Dickens, Mangum & Burns, G. L. Dickens, Jr.,* for appellant.

*Alfred L. Evans, Jr., Assistant Attorney General, Peugh & Bradley, W. B. Bradley,* for appellee.